ARIEL E. STERN
Nevada Bar No. 8276
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com

*Attorneys for Defendants American Home Mortgage Servicing, Inc. and WL Ross & Co., LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE OF THE MIGUEL RODRIGUEZ BANKRUPTCY ESTATE (Re: 1915 KING HILL STREET),<br><br>             Plaintiff,<br><br>v.<br><br>AMERICAN RESIDENTIAL FUNDING, INC., Foreign corporation; CHRIS HARRINGTON, individually; OPTION ONE MORTGAGE CORPORATION, Foreign corporation; WL ROSS & CO, LLC, Foreign Limited Liability Company; AMERICAN HOME MORTGAGE SERVICING, INC.; ROE Rating Company, DOES 1 through 100, inclusive; ROE ENTITIES 1 through 100; ROE CORPORATIONS 1 through 100, inclusive,<br><br>             Defendants. | Case No.: 2:10-cv-00487-PMP-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE OF THE MIGUEL RODRIGUEZ

BANKRUPTCY ESTATE (Re: 1915 KING HILL STREET) ("Plaintiff"), and Defendants

AMERICAN HOME MORTGAGE SERVICING, INC. ("AHMSI") and WL ROSS & CO., LLC

/ / /

/ / /

/ / /

/ / /

{LV001497;1}                                                              1

1  ("WL Ross") hereby stipulate to dismiss this matter with prejudice.  Each party shall bear its own

2  attorney's fees and costs.  The parties further stipulate to vacate all pending motions and hearings.

3      No trial date has been scheduled in this matter.

4      RESPECTFULLY SUBMITTED this 1st day of June, 2010.

**HALL JAFFE & CLAYTON, LLP**

  /s/ Jacob S. Smith
MICHAEL R. HALL
Nevada Bar No. 5978
STEVEN T. JAFFE
Nevada Bar No. 7035
JACOB S. SMITH
Nevada Bar No. 10231
7455 W. Washington Ave., Suite 460
Las Vegas, Nevada  89128

MONTE HALL
Nevada Bar No. 239
G. DALLAS HORTON
Nevada Bar No. 5996
G. DALLAS HORTON & ASSOCIATES
4435 South Eastern Avenue, Building #2
Las Vegas, NV 89119

ROBERT D. VANNAH
Nevada Bar No. 2503
MARK L. JACKSON
Nevada Bar No. 10905
VANNAH & VANNAH
400 South Fourth St., Sixth Floor
Las Vegas, NV 89101

*Attorneys for Plaintiff*

**AKERMAN SENTERFITT LLP**

  /s/ Ariel E. Stern
ARIEL E. STERN
Nevada Bar No. 8276
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants American Home Mortgage Servicing, Inc. and WL Ross & Co., LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: _____

{LV001497;1}  2